

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

# MEMO ENDORSED

October 14, 2025

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court Judge, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
Courtroom 619
New York, NY 10007

      Re:    <u>SEC v. Chirico, No. 25-cv-6715 (ER)</u>

Dear Judge Ramos:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully <u>requests that the Court stay this action and adjourn all deadlines due to a lapse in federal government appropriations.</u>

    As of October 1, 2025, most SEC personnel have been furloughed (with limited exceptions) and have been prohibited from working. SEC counsel assigned to this matter are furloughed and thus have been unavailable to work on it, as federal law prohibits furloughed employees from working on a voluntary basis. *See* 31 U.S.C. § 1342. Given these circumstances, the SEC requests that the Court stay all proceedings and extend all current deadlines, including the deadlines for a Rule 16(b) scheduling order, Rule 26(f) conference, and answer to the Complaint, by the number of days during which the lapse in appropriations continues. The SEC also requests that the Court adjourn the October 22, 2025 pre-motion conference concerning the United States Attorney's motion to stay this matter until after appropriations are restored.

    Defendant consents to this request, which is the first such request for an extension of these deadlines. The United States Attorney's Office also consents to this request.

                             Respectfully submitted,

                             <u>/s/ David Zetlin-Jones</u>
                             David Zetlin-Jones
                             Counsel to Plaintiff SEC

cc:    Counsel of Record (by ECF)

---

The application is granted. The premotion conference scheduled for October 22, 2025, is adjouned. SO ORDERED.

                                                                 _____
                                                                 Edgardo Ramos, U.S.D.J.
                                                                 Dated: 10/16/2025
                                                                New York, New York